Case 5:14-cv-01236-R-RNB Document 9 Filed 08/22/14 Page 1 of 1 Page ID #:67

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DARRIN KEITH BROWN, | ) Case No. EDCV 14-1236-R (RNB) |
|---|---|
| Petitioner, | ) ORDER ACCEPTING FINDINGS |
| vs. | ) AND RECOMMENDATIONS |
| | ) OF UNITED STATES |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) MAGISTRATE JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered summarily dismissing this action for lack of subject matter jurisdiction.

DATED: August 20, 2014.

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 8/22/14

DEPUTY CLERK