JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIN KEITH BROWN,<br><br>Petitioner,<br><br>vs.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | Case No. EDCV 14-1236-R (RNB)<br><br>**J U D G M E N T** |

   Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that this action is summarily dismissed for lack of subject matter jurisdiction.

DATED: August 20, 2014

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 8/22/14

_____
DEPUTY CLERK